

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00269-CV

| | |
|---|---|
| ROBERT SCOTT BAUER AND BRAXTON MINERALS II, LLC, Appellants | § On Appeal from the 141st District Court |
| | § of Tarrant County (141-313791-19) |
| V. | § April 18, 2024 |
| BRAXTON MINERALS III, LLC, Appellee | § Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and we render a judgment that dismisses this case for want of jurisdiction.

It is further ordered that each party shall bear their own cost of this appeal.

SECOND DISTRICT COURT OF APPEALS


By __/s/ Mike Wallach_____
Justice Mike Wallach